No. 98–5991. PRUNTE *v.* WALT DISNEY CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5992. STEELE *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–5994. LINK *v.* CITY OF COLUMBUS, OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 98–6000. ARAGON *v.* SHANKS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–6001. BARBER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6003. WHITE *v.* WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6008. JONES ET AL. *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 98–6009. BIRDS *v.* GARCIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–6010. COLLAZO *v.* MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–6026. GRIBBLE *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–6032. JUDGE *v.* CARTER ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–6038. BILLINGS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98–6042. THOMPSON *v.* BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA AT LINCOLN. Ct. App. Neb. Certiorari denied.

No. 98–6049. SHAFFER *v.* SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.